**Electronically Filed**
**Supreme Court**
**SCPW-24-0000214**
**02-APR-2024**
**01:39 PM**
**Dkt. 8 ORD**

SCPW-24-0000214

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

LAURIE THORSON,
Petitioner,

vs.

HAWAIʻI PUBLIC HOUSING AUTHORITY; HAKIM OUANSAFI, HPHA Executive
Director; RYAN AKAMINE, HPHA Chief Compliance Officer; LYLE
MATSUURA, HPHA Supervisor IV, Respondents.

———————————————————————————————

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)

Upon consideration of Petitioner Laurie Thorson's petition

for a writ of mandamus, filed on March 27, 2024, which seeks an

order directed to the United States District Court for the

District of Hawaiʻi, and the record,

We find that the court lacks jurisdiction to consider the request made in the petition.  <u>See</u> Hawaiʻi Revised Statutes § 602-5(a)(3).  It is ordered that the petition is dismissed.

DATED:  Honolulu, Hawaiʻi, April 2, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

